# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Elissa Waldron aka Elissa Griffith Waldron aka Elissa J. Waldron dba Law Offices of Elissa Waldron<br><br>　　　　　　　Debtor | CHAPTER 13<br><br>BKY. NO. 18-17021REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

    Respectfully submitted,

**/s/ Rebecca A. Solarz, Esq**
Rebecca A Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322