United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-17021-ref
Elissa Waldron                                                            Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 1              Date Rcvd: Nov 07, 2018
                              Form ID: pdf900        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2018.
db             +Elissa Waldron,    526 N. 27th Street,    Allentown, PA 18104-4717
cr             +New Tripoli Bank, Seitz,    Lesavoy Butz & Seitz LLC,    c/o Jack M. Seitz, Esq.,
                 1620 Pond Road,    Suite 200,    Allentown, PA 18104-2255

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2018 02:39:10     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2018                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2018 at the address(es) listed below:
              JACK M. SEITZ    on behalf of Creditor   New Tripoli Bank, Seitz jseitz@lesavoybutz.com,
               sblake@lesavoybutz.com
              STEPHEN G. BRESSET    on behalf of Debtor Elissa  Waldron sbresset@bressetsantora.com,
               rehml@entermail.net;nicole@bressetsantora.com,sadie@bressetsantora.com,ronsantoraesq@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 4

Bresset & Santora, LLC
Ronald V. Santora, Esq.
Attorney ID# 35061
1188 Wyoming Avenue
Forty Fort, Pa 18704
Phone: (570) 287-3660
Fax: (570) 287-3666

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| ELISSA WALDRON | : | Chapter 13 |
| | : | |
| Debtor | : | Case No. 18-17021-ref |

## ORDER

Upon consideration of the Debtor, Debtor is hereby GRANTED the additional time to file missing documents. All documents should be filed on or before December 5, 2018.

BY THE COURT:

**Date: November 7, 2018**

_____
J.