## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ELISSA WALDRON, | : | CHAPTER 13 |
| | : | |
| Debtor | : | Case No. 18-17021-ref |

## NOTICE OF CONVERSION

The Debtor hereby voluntarily converts this Case from a Chapter 13 to a proceeding under Chapter 7, pursuant to 11 U.S.C. Section 1307 (a).

Respectfully submitted,

_____
Bresset & Santora, LLC
Ronald V. Santora, Esq.
1188 Wyoming Avenue
Forty Fort, PA  18704
(570) 287-3660
Attorneys for Debtor