United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-17021-ref
Elissa Waldron                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4           User: dlv              Page 1 of 1                    Date Rcvd: Dec 07, 2018
                               Form ID: pdf900        Total Noticed: 18

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2018.
db             +Elissa Waldron,    526 N. 27th Street,    Allentown, PA 18104-4717
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +New Tripoli Bank, Seitz,    Lesavoy Butz & Seitz LLC,    c/o Jack M. Seitz, Esq.,
                 1620 Pond Road,    Suite 200,    Allentown, PA 18104-2255
14217245        Chase/Southwest,    PO Box 1423,    Charlotte, NC 28201-1423
14217252       ++LESAVOY BUTZ & SEITZ LLC,    1620 POND ROAD,    SUITE 200,    ALLENTOWN PA 18104-2255
               (address filed with court: Jack M. Seitz, Esq.,    Lesavoy Butz & Seitz, LLC,
                 7535 Windsor Dr., Suite 200,    Allentown, PA 18195-1014)
14217254        Matthew K. Fissel, Esq.,    KML Law Group, P.C.,    701 Market St,    Philadelphia, PA 19106-1538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 08 2018 03:29:14
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 08 2018 03:30:17      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Dec 08 2018 03:33:37      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14217246        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 08 2018 03:29:05      Comenity-Ann Taylor,
                 PO Box 659569,    San Antonio, TX 78265-9569
14217247        E-mail/Text: cio.bncmail@irs.gov Dec 08 2018 03:29:00      IRS,    PO Box 219690,
                 Kansas City, MO 64121-9690
14217248       +E-mail/Text: bankruptcy@fult.com Dec 08 2018 03:31:32      Lafayette Ambassor Bank,
                 PO Box 25091,    Lehigh Valley, PA 18002-5091
14217253        E-mail/Text: camanagement@mtb.com Dec 08 2018 03:29:05      M&T Bank,    1 Fountain Plz,
                 Buffalo, NY 14203-1420
14218383       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 08 2018 03:34:12
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 8

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2018 at the address(es) listed below:
              JACK M. SEITZ    on behalf of Creditor    New Tripoli Bank, Seitz jseitz@lesavoybutz.com,
               sblake@lesavoybutz.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              STEPHEN G. BRESSET    on behalf of Debtor Elissa   Waldron sbresset@bressetsantora.com,
               rehml@entermail.net;nicole@bressetsantora.com,sadie@bressetsantora.com,ronsantoraesq@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 5
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :
                                    :
    ELISSA WALDRON,              :    CHAPTER 13
                                    :
        Debtor                   :    Case No. 18-17021-ref

## NOTICE OF CONVERSION

The Debtor hereby voluntarily converts this Case from a Chapter 13 to a proceeding under Chapter 7, pursuant to 11 U.S.C. Section 1307 (a).

Respectfully submitted,

Bresset & Santora, LLC
Ronald V. Santora, Esq.
1188 Wyoming Avenue
Forty Fort, PA  18704
(570) 287-3660
Attorneys for Debtor