# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

ELISSA WALDRON

: CHAPTER 7
:
: Case No. 18-17021-REF
:
:

## AMENDMENT TO SCHEDULE F

| Creditor | Description | Amount |
|---|---|---|
| Burkholder's Heating & Air Conditioning, Inc. 383 Minor Street Emmaus, OA 18049 | Services needed | $1,195.00 |

Date: 3-20-19

_____
Ronald V. Santora, Esq.  #35061
Bresset & Santora, LLC
1188 Wyoming Avenue
Forty Fort, Pa  18704
Phone:  (570) 287-3660
Fax:  (570) 287-3666