## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

|  |  |  |
|---|---|---|
| | : | **CHAPTER 7** |
| **ELISSA WALDRON** | : | |
| | : | **Case No.  18-17021-REF** |
| | : | |
| | : | |

## AMENDMENT TO SCHEDULE F

| Creditor | Description | Amount |
|---|---|---|
| Burkholder's Heating<br>& Air Conditioning, Inc.<br>383 Minor Street<br>Emmaus, OA 18049 | Services<br>needed | $1,195.00 |

Date: 3-20-19

Ronald V. Santora, Esq.  #35061
Bresset & Santora, LLC
1188 Wyoming Avenue
Forty Fort, Pa  18704
Phone:  (570) 287-3660
Fax:  (570) 287-3666