# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Elissa Waldron aka Elissa Griffith Waldron aka Elissa J. Waldron dba Law Offices of Elissa Waldron<br>　　　　　　　　Debtor(s) | CHAPTER 13 |
| M&T Bank<br>　　　　　Movant<br>　　vs. | NO. 18-17021 REF |
| Elissa Waldron aka Elissa Griffith Waldron aka Elissa J. Waldron dba Law Offices of Elissa Waldron<br>　　　　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| Michael H. Kaliner Esq.<br>　　　　　Trustee | |

## ORDER

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1902 Woods Hollow Lane, Salisbury Twp A/K/A Allentown, PA 18103 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: March 29, 2019**

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.