United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Elissa Waldron  
    Debtor

Case No. 18-17021-ref  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: dlv      Page 1 of 1      Date Rcvd: Mar 29, 2019  
                      Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2019.
```
db             +Elissa Waldron,    526 N. 27th Street,    Allentown, PA 18104-4717
cr             +New Tripoli Bank, Seitz,    Lesavoy Butz & Seitz LLC,    c/o Jack M. Seitz, Esq.,
                1620 Pond Road,    Suite 200,    Allentown, PA 18104-2255
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2019 02:40:14      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 1
```

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2019 at the address(es) listed below:
```
              JACK M. SEITZ    on behalf of Creditor    New Tripoli Bank, Seitz jseitz@lesavoybutz.com,
               sblake@lesavoybutz.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              MICHAEL H KALINER     mhkaliner@gmail.com, pa35@ecfcbis.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              STEPHEN G. BRESSET    on behalf of Debtor Elissa  Waldron sbresset@bressetsantora.com,
               rehml@entermail.net;nicole@bressetsantora.com,sadie@bressetsantora.com,ronsantoraesq@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Elissa Waldron aka Elissa Griffith Waldron aka Elissa J. Waldron dba Law Offices of Elissa Waldron<br>　　　　　　　Debtor(s) | CHAPTER 13 |
| M&T Bank<br>　　　　Movant<br>　　vs. | NO. 18-17021 REF |
| Elissa Waldron aka Elissa Griffith Waldron aka Elissa J. Waldron dba Law Offices of Elissa Waldron<br>　　　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| Michael H. Kaliner Esq.<br>　　　　Trustee | |

## **ORDER**

　　　　ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1902 Woods Hollow Lane, Salisbury Twp A/K/A Allentown, PA 18103 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: March 29, 2019**

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.